In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00446-CV**
_____

**BRYAN ADAM BEBEE, Appellant**

**V.**

**STACY GLASS, Appellee**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV29,528**

**MEMORANDUM OPINION**

Bryan Adam Bebee filed a notice of appeal from a protective order. On November 5, 2015, we notified the appellant that a motion for extension of time was required. *See* Tex. R. App. P. 26.3. Although the Court warned the appellant that the appeal would be dismissed for lack of jurisdiction unless a response was filed by November 20, 2015, the appellant failed to file a timely response. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 9, 2015
Opinion Delivered December 10, 2015

Before Kreger, Horton, and Johnson, JJ.